UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY GONZALEZ VASQUEZ ,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03195-BAT<br><br>**ORDER STAYING TRO BRIEFING SCHEDULE** |

On September 10, 2026, Respondents gave notice of intent to transfer and remove Petitioner from the United States, Dkt. 5, but on September 13, 2026, rescinded the notice and "inform[ed] the Court that it no longer intends to transfer the Petitioner in the imminent future." Dkt. 7. To ensure a clear record, the Court **ORDERS**:

1. The Court's Order, Dkt. 6, directing the parties to brief whether Petitioner may be transferred or removed pursuant to Respondents' notice of imminent removal is **STAYED**.

2. Pursuant to the Court's Scheduling Order, Dkt. 2, Respondents shall fill a new notice if it again intends to transfer Petitioner from the district or remove him.

3. The Court's original briefing schedule regarding Petitioner's habeas petition stands: Respondents return shall be filed no later than September 22, 2026. Any reply Petitioner wishes to file is due no later than September 28, 2026.

DATED this 15th day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge