UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY GONZALEZ VASQUEZ ,

Petitioner,

v.

JULIO HERNANDEZ, et al.,

Respondent.

CASE NO. 2:26-cv-03195-BAT

**ORDER GRANTING MOTION TO EXTEND DUE DATE OF PETITIONER'S REPLY**

The Court grants Petitioner's unopposed motion to extend the September 28, 2026 due date for any reply and ORDERS:

1. Petitioner's reply to the response (Dkt. 10) is due no later than October 2, 2026.

DATED this 29th day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge